UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CELESTINA LAMAI,<br><br>    Plaintiff,<br><br>vs.<br><br>CENTRAL IOWA HEALTH SYSTEM, d/b/a UNITYPOINT HEALTH – DES MOINES, IOWA METHODIST MEDICAL CENTER,<br><br>    Defendant. | No. 4:23-cv-00105<br><br>**NOTICE OF REMOVAL** |

Defendant Central Iowa Hospital Corporation d/b/a Iowa Methodist Medical Center[1] removes this action to the United States District Court for the Southern District of Iowa, Central Division, and in support of this removal states:

1.      On March 14, 2023, Plaintiff Celestina Lamai commenced this action in the Iowa District Court in and for Polk County, Iowa. The case is now pending in the Iowa District Court for Polk County, captioned as *Celestina Lamai v. Central Iowa Health System, d/b/a UnityPoint Health-Des Moines, Iowa Methodist Medical Center*, Case No. LACL155118. This case was improperly captioned but the correct Defendant was served.

2.      A copy of the Petition dated March 3, 2023 is attached to this Notice of Removal as Exhibit A and by this reference is incorporated herein.

---

[1] Plaintiff incorrectly named Defendant in her Petition as Central Iowa Health System d/b/a UnityPoint Health – Des Moines, Iowa Methodist Medical Center. The correct name is Central Iowa Hospital Corporation d/b/a Iowa Methodist Medical Center.

1

3. A copy of the Iowa Civil Rights Complaint that was filed as Exhibit A to the Petition dated March 3, 2023 is attached to this Notice of Removal as Exhibit B and by this reference is incorporated herein.

4. A copy of the Iowa Civil Rights Administrative Release that was filed as Exhibit B to the Petition dated March 3, 2023 is attached to this Notice of Removal as Exhibit C and by this reference is incorporated herein.

5. A copy of the Original Notice is attached to this Notice of Removal as Exhibit D and by this reference is incorporated herein.

6. A copy of the Petition and Jury Demand is attached to this Notice of Removal as Exhibit E and by this reference is incorporated herein.

7. A copy of the Appearance of Frank Harty is attached to this Notice of Removal as Exhibit F and by this reference is incorporated herein.

8. A copy of the Appearance of Katie Hamilton is attached to this Notice of Removal as Exhibit G and by this reference is incorporated herein.

9. A copy of the Acceptance of Service is attached to this Notice of Removal as Exhibit H and by this reference is incorporated herein.

10. A copy of the order for trial scheduling conference is attached to this Notice of Removal as Exhibit I.

11. On March 22, 2023, Central Iowa Hospital Corporation d/b/a Iowa Methodist Medical Center, was served with a copy of the (1) Original Notice; and (2) Petition and Jury Demand. Defendant was not served with any other process, pleadings, or orders.

12. There have been no further proceedings in the Iowa District Court for Polk County in this case.

13. This action is a civil action in which Plaintiff Celestina Lamai has pleaded claims under federal law against Plaintiff Celestina Lamai's former employer. In the Petition, Plaintiff has pleaded claims under Title VII of the Civil Rights Act, 42 U.S.C. § 2000 et seq. and 42 U.S.C. § 1981.

14. Federal Question jurisdiction exists when the action asserts a claim "arising under the Constitution, laws or treaties of the United States." 28 U.S.C. § 1331.

15. The Court has supplemental jurisdiction over Plaintiff's remaining state law claims pursuant to 28 U.S.C. § 1367 because all of Plaintiff's claims arise from a common nucleus of operative fact. As such, Plaintiff's claims form part of the same case or controversy under Article III, United States Constitution. See 28 U.S.C. § 1367(a).

16. Defendant filed this notice with the Court within thirty days after Defendant accepted service of the Original Notice and Petition and Jury Demand.

17. A copy of this notice of removal is being filed with the Iowa District in and for Polk County.

THEREFORE, Defendant Central Iowa Hospital Corporation d/b/a Iowa Methodist Medical Center gives notice that the above-captioned action is removed to this Court from the Iowa District Court for Polk County.

*/s/ Frank Harty*
Frank Harty, AT0003356
Katherine D. Hamilton, AT0014891
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100

Facsimile: 515-283-8045
Email: fharty@nyemaster.com
Email: khamilton@nyemaster.com
**ATTORNEYS FOR DEFENDANTS**

**Certificate of service**

      I hereby certify that on March 30, 2023, I presented the foregoing to the Clerk of the Court for filing and uploading into the ECF system, which will send notification of such filing to the following:

Melissa Hasso
Emily Wilson
Sherinian & Hasso Law Firm
111 East Grand, Suite 212
Des Moines, Iowa 50309
Phone: (515) 224-2079
Facsimile: (855) 224-2321
Email: mhasso@sherinianlaw.com
      ewilson@sherinianlaw.com
**ATTORNEYS FOR PLAINTIFF**

                                                /s/ Nicole M. Graham