UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CELESTINA LAMAI,<br><br>   Plaintiff,<br><br>v.<br><br>CENTRAL IOWA HEALTH SYSTEM, d/b/a UNITYPOINT HEALTH – DES MOINES, IOWA METHODIST MEDICAL CENTER,<br><br>   Defendant. | Case No. 4:23-cv-00105<br><br>UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT |

     COMES NOW the Plaintiff, Celestina Lamai, by and through her undersigned counsel, and hereby moves for leave to file an Amended Complaint for purposes of correcting the name of the Defendant in this matter. In support thereof, Plaintiff states as follows:

     1.     Plaintiff filed this lawsuit in Polk County District Court on March 14, 2023.

     2.     Defendant removed the case to the United States District Court, Southern District of Iowa on March 30, 2023.

     3.     Defendant filed its Answer on April 3, 2023.

     4.     In its Answer, Defendant indicated that Defendant had been incorrectly named in Plaintiff's Petition.

     5.     Plaintiff now moves to file an Amended Complaint to correctly identify Defendant as *Central Iowa Hospital Corporation d/b/a Iowa Methodist Medical Center*.

     6.     The Amended Complaint is attached as Exhibit A.

     7.     Counsel for the parties have consulted about this motion and the motion is not

contested.

WHEREFORE, Plaintiff Celestina Lamai respectfully requests leave to file the Amended Complaint, in the form of Exhibit A attached hereto, and that the service of this motion constitute filing and service of the Amended Complaint.

                                  Respectfully submitted,

                                  By /s/ Melissa C. Hasso
                                  Melissa C. Hasso AT0009833
                                  Emily E. Wilson AT0013860
                                  SHERINIAN & HASSO LAW FIRM
                                  111 E. Grand. Ave. Suite 212
                                  Des Moines, IA 50309
                                  Telephone (515) 224-2079
                                  Facsimile  (515) 224-2321
                                  E-mail: mhasso@sherinianlaw.com
                                  E-mail: ewilson@sherinianlaw.com
                                  ATTORNEYS FOR PLAINTIFF

Copy to:

Frank Harty, AT0003356
Katherine D. Hamilton, AT0014891
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
Email: khamilton@nyemaster.com
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on  April 14, 2023

By: _____ U.S. Mail            _____ Facsimile

_____ Hand Delivered       _____ Overnight Courier

_____ Certified Mail          __x__ Other: _e-filed

Signature: /s/Melissa C. Hasso