UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CELESTINA LAMAI,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL IOWA HOSPITAL CORPORATION d/b/a IOWA METHODIST MEDICAL CENTER,<br><br>    Defendant. | Case No. 4:23-cv-00105-SBJ<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's Text Order of October 6, 2023 (Docket No. 21), the parties respectfully submit the following Joint Status Report:

1. The parties have exchanged initial disclosures and have produced documents to each other. The parties are still in the process of exchanging discovery.

2. As far as depositions, two employees of Defendant have been deposed by Plaintiff. Depositions for other various witnesses, including Plaintiff, have been set for various dates in November of 2023.

3. The parties do not have any issues that require resolution by the Court at this time.

4. As it stands now, the parties intend to proceed to trial which is scheduled to commence September 16, 2024.

| | |
|---|---|
| /s/ Melissa Hasso | /s/ Frank Harty |
| Emily Wilson | /s/ Katherine D. Hamilton |
| SHERINIAN & HASSO LAW FIRM | NYEMASTER GOODE, P.C. |
| 111 East Grand Avenue, Suite 212 | 700 Walnut Street, Suite 1600 |
| Des Moines, Iowa 50309 | Des Moines, Iowa 50309 |
| Telephone: (515) 224-2079 | Telephone: (515) 283-3100 |
| Facsimile: (855) 224-2321 | Facsimile: (515) 283-8045 |
| Email: mhasso@sherinianlaw.com | Email: fharty@nyemaster.com |
| Email: ewilson@sherinianlaw.com | Email: khamilton@nyemaster.com |
| **ATTORNEYS FOR PLAINTIFF** | **ATTORNEYS FOR DEFENDANT** |

**CERTIFICATE OF SERVICE**

  I hereby certify that on October 19, 2023, I presented the foregoing document to the Clerk of Court for filing and uploading into the ECF system, which will send notification to the following ECF system participants:

Melissa Hasso
Emily Wilson
SHERINIAN & HASSO LAW FIRM
111 East Grand Avenue, Suite 212
Des Moines, Iowa 50309
Telephone: (515) 224-2079
Facsimile: (855) 224-2321
Email: mhasso@sherinianlaw.com
   ewilson@sherinianlaw.com
**ATTORNEYS FOR PLAINTIFF**

                  */s/ Nicole Graham*