# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA

## CLERK'S COURT MINUTES

PRESIDING:   HONORABLE   STEPHEN B. JACKSON, JR., CHIEF U.S. MAGISTRATE JUDGE
Case No.  4:23-cv-00105-SBJ            : Court Reporter:  Tonya Gerke
                                       : Interpreter:  None

| Plaintiff(s) | Defendant(s) |
|---|---|
| Celestina Lamai | Central Iowa Hospital Corporation d/b/a Iowa Methodist Medical Center |

Plaintiff(s) Counsel:  Melissa C. Hasso and Emily E. Wilson

Defendant(s) Counsel:  Frank B. Harty and Dana Waterman Hempy

Issues before the Court:  Fourth Day of Jury Trial

| Motion(s) for Ruling: | Ruling | Ruling Reserved |
|---|---|---|
| Deft's Renewed Oral Motion for Judgment as a Matter of Law | Denied | |

Proceedings:

At 8:34 am, Court discuss any trial matters with the parties. Court in recess at 8:45 am. Jury enters the Courtroom at 9:10 am. Plaintiff continues presentation of case-in-chief. Court takes a recess from 9:40-9:55 am. Outside the presence of the jury at 9:55 am, Counsel talks about trial matters. At 10:15 am, Plaintiff continues presentation of case-in-chief. Plaintiff rests at 10:46 am. Court takes a break from 10:46-11:15 am. Jury enters the Courtroom at 11:15 am. Defendant presents its case in chief. Defendant rests. Plaintiff has no rebuttal witnesses. Jury excused at 11:23 am. Outside the presence of the jury at 10:32 am, Defendant orally moves and renews its previous motion for judgment as a matter of law. Counsel present argument on the pending motions. Court orally denies the pending motions and states ruling on the record. Regarding final jury instructions, counsel acknowledge they received the proposed final jury instruction and proceeds to make a record on said instructions. Court takes a break from 12:03-3:30 pm. At 3:32 pm, Counsel talks about final jury instruction and make their objections. Court is in recess at 4:00 pm, and will reconvene on January 30, 2026, at 9:00 am. Counsel shall meet at 8:30 am on January 30, 2026.

Time Start:  8:30 am
Time End:  4:00 pm
Date:  January 29, 2026

/s/ Brian Phillips
Deputy Clerk