**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| CELESTINA LAMAI, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL IOWA HOSPITAL CORPORATION d/b/a IOWA METHODIST MEDICAL CENTER, <br><br> Defendant(s). | Case No. 4:23-cv-00105 <br><br> **MOTION FOR EXTENSION OF CLOSING DEADLINE** |

**COMES NOW**, The Defendant, by and through undersigned counsel, respectfully moves this Court for an extension of the closing deadline in this matter for an additional two weeks, and in support thereof states as follows:

### BACKGROUND

1. The parties have reached a settlement in this matter and are working diligently to finalize all aspects of the settlement agreement.

2. The parties have agreed upon the terms of the final settlement agreement.

### GROUNDS FOR EXTENSION

3. The settlement was delayed in part as Plaintiff was waiting for final bills related to litigation costs that dictated the apportionment of the settlement proceeds.

4. The parties are currently waiting on the issuance of checks from Defendant.

5. An extension of two weeks should give the parties sufficient time to complete all remaining tasks and finalize the settlement.

6. There are no problems or issues with the settlement other than those described above and obtaining final settlement drafts.

7. This extension request is made in good faith and not for purposes of delay.

## CONCLUSION

WHEREFORE, Plaintiff respectfully requests that this Court grant an extension of the closing deadline for an additional two weeks to allow the parties to complete the settlement process.

/s/ Frank Harty
Frank Harty, AT0003356
Dana W. Hempy, AT0014934
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-645-5528
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
       dhempy@nyemaster.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 10, 2026 I electronically filed the foregoing with the Clerk of Court using the EDMS which will send notification of such filing to:

Melissa Hasso
Emily Wilson
Sherinian & Hasso Law Firm
111 East Grand, Ste. 212
Des Moines, IA 50309
Email:  mhasso@sherinianlaw.com
          ewilson@sherinianlaw.com

                              */s/ Nicole Graham*