**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| CELESTINA LAMAI,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CENTRAL IOWA HOSPITAL CORPORATION d/b/a IOWA METHODIST MEDICAL CENTER,<br><br>　　　　Defendant(s). | Case No. 4:23-cv-00105<br><br>**SECOND MOTION FOR EXTENSION OF CLOSING DEADLINE** |

**COMES NOW**, Defendant Central Iowa Hospital Corporation, by and through undersigned counsel, respectfully moves this Court for a second, brief extension of the closing deadline in this matter for an additional two weeks, and in support thereof states as follows:

1. The parties have reached a settlement in this matter and are working diligently to finalize all aspects of the settlement agreement.

2. The parties have agreed upon the terms of the final settlement agreement and have signed a settlement agreement.

3. The parties are currently waiting on the printing, issuance, and delivery of checks from Defendant. Defendant must print and mail the from Rock Island, Illinois to its Des Moines, Iowa office once they receive final approval for issuance. Defendant currently estimates it will mail the checks from Rock Island, Illinois on Monday, March 2.

4. An extension of two weeks should give Defendant sufficient time to finalize printing, mailing of the settlement checks to Defendant's Des Moines office, and subsequently deliver the settlement checks to Plaintiff and her counsel.

5.      There are no problems or issues with the settlement other than those set forth above regarding printing, mailing, and delivery of final settlement checks.

6.      This extension request is made in good faith and not for purposes of delay.

WHEREFORE, Defendant respectfully requests that this Court grant an extension of the closing deadline for an additional two weeks to allow the parties to complete the settlement process.

*/s/ Dana w. Hempy*
Frank Harty, AT0003356
Dana W. Hempy, AT0014934
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1300
Des Moines, IA 50309
Telephone: 515-645-5528
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
         dhempy@nyemaster.com
**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on February 24, 2026 I electronically filed the foregoing with the Clerk of Court using the EDMS which will send notification of such filing to:

Melissa Hasso
Emily Wilson
Sherinian & Hasso Law Firm
111 East Grand, Ste. 212
Des Moines, IA 50309
Email:  mhasso@sherinianlaw.com
          ewilson@sherinianlaw.com

                                    */s/ Mari Seei*