UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| CELESTINA LAMAI,<br><br>    Plaintiff,<br><br>v.<br><br>CENTRAL IOWA HOSPITAL CORPORATION, d/b/a IOWA METHODIST MEDICAL CENTER,<br><br>    Defendant. | Case No. 4:23-cv-00105<br><br>DISMISSAL WITH PREJUDICE |

COME NOW Plaintiff Celestina Lamai and Defendant Central Iowa Hospital Corporation, d/b/a Iowa Methodist Medical Center, by and through their respective undersigned counsel, and hereby stipulate pursuant to Federal Rules of Civil Procedure 41(a)(1) that the above-captioned matter may be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully submitted,

By /s/ Melissa C. Hasso
Melissa C. Hasso AT0009833
Emily E. Wilson AT0013860
HASSO & WILSON LAW FIRM
111 E. Grand. Ave. Suite 212
Des Moines, IA 50309
Telephone (515) 224-2079
Facsimile  (515) 224-2321
E-mail: mhasso@hwlawiowa.com
          ewilson@hwlawiowa.com
ATTORNEYS FOR PLAINTIFF

By  /s/ Frank Harty
Frank Harty AT0003356
Dana W. Hempy AT0014934
NYEMASTER GOODE, P.C.
700 Walnut Street, Suite 1600
Des Moines, IA 50309
Telephone: 515-283-3100
Facsimile: 515-283-8045
Email: fharty@nyemaster.com
          dhempy@nyemaster.com
ATTORNEYS FOR DEFENDANT

CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on  2/27/2026

By:    ☐ US Mail            ☐ Other: FAX
       ☐ Hand Delivered     ☐ Other: Overnight Courier
       ☐ Federal Express    ☒ Other:  E-filed

Signature  /s/ Logan Barnes